UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Valeriy Kostraba,

    Petitioner,

v.

State of Minnesota,

    Respondent.

ORDER
Civil No. 10-374(MJD/JJG)

_____

The above-entitled matter comes before the Court upon Petitioner's objection to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated February 16, 2010.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court will adopt the Report and Recommendation dated February 16, 2010.

IT IS HEREBY ORDERED that:

1. Petitioner's Petition for Habeas Corpus Relief [Doc. No. 1] is DENIED;

2. Petitioner's Application for leave to Proceed in forma pauperis [Doc. No. 2] is DENIED;

1

3. This action is dismissed without prejudice.

Date: April 14, 2010

                                            <u>s/ Michael J. Davis</u>
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court

Civil No. 10-374